FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2016 NOV 10 AM 11: 33

**CIVIL RIGHTS COMPLAINT**

US DISTRICT COURT
BRIDGEPORT CT

PRADEEP B GUPTE

_____
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Norwalk Comm Collge
& 4 "C"s union

_____

_____

_____

_____

Case No. 3:16 CV 1847 (RNC)
(To be supplied
by the court)

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

**A. PARTIES**

1. Pradeep B. Gupte is a citizen of United States who
(Plaintiff)                                        (State)
presently resides at 31 Sharon Rd , Waterbury, CT 06705
(mailing address)

2. Defendant Norwalk Com. Collge & Union (4c's) is a citizen of United states
(name of first defendant)                    (State)

whose address is Norwalk Comm Colkge, 188 Richards
Ave, Norwalk, CT 06854
and who is employed as Professor/union person
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___(Yes)___No.  If your answer is "Yes," briefly explain:

_____

_____

3.  Defendant David Bosco (4 C's union) is a citizen of United States
(name of second defendant)                                                              (State)

whose address is 188 Richards Ave, Norwalk, CT 06854

and who is employed as professor* Norwalk Comm College,
(title and place of employment)                   Norwalk, CT
*& union person.

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___(Yes)___No.  If your answer is "Yes," briefly explain:

This person is a member of 4 C's union. I did not know that he was an employee of this school. I think there was conflict of interest.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)

## B.  JURISDICTION

1.  Jurisdiction is asserted pursuant to (CHECK ONE)

_____✓_____ 42 U.S.C. § 1983 (applies to state defendants)

_____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

I want the court to subpoena few people (professors at NCC). I want the court to give their opinions about my arguments I made (copy attached); whether I was right or wrong. All professors must talk under oath. The court has authority to subpoena few people. I will give you their names on next page. A letter of Rebuttal sent to CHRO is attached. Please review this letter.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I think, NC Collge made some kind of Conspiracy with David Bosco (union person) and gave me very little money in order to settle my case against EEOC & CHRO. They should have given me at least 5 semeste salary for compensation. I was kind-of forced to sign the agreement. I didnot know that David Bosco was an employee of that school.

## D. CAUSE OF ACTION I think there is conflict of interest.

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I am a good teacher & I have literally hundre good reference letters from students & previous employers. I can send you those letters. I have been teaching same course for many years.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Robert Hall (one fulltime Chemistry professor) lyed to the Chairman about me. He told the Chair (M. Barber) that I didnot give him safety sheets (I always did that). The chair believed him (maybe because he is same race as the chair → "white"). I am Asian & come under "protected class." He (Robert Hall) always looked at me with animosity. You can subpoena few professor and ask them about my integrity & knowledge They are → ① Kieran Curley (prof of Chemistry) ② Joe Pagnozzi (prof of Chemistry). I spoke

with these 2 professors many times & we talked about different issues about this course. (we all were teaching same course for many years). We all 3 agreed upon many issues.

**Claim II:** I told Laura Racine (Head of Chemistry) that there were many mistakes in that book (Charles Corwin) → but she did not take any action.

**Supporting Facts:** (continued) → You can ask Prof Cosley if there are mistakes in this book or not

It was her (Laura Racine) responsibility to take appropriate action (Tell the publisher about the mistakes in the book or to have a different book for this course). I have used lot of different books to teach lot of different courses in chemistry during last many years. There are books which are better than this book (for this course). It was Racine's job to call the publisher & rectify those slides.

**Claim III:** "Robert Hall" always looked at me with animosity (may be he didn't like my accent, may be my color, religion, national origin etc). I

**Supporting Facts:** think, he was closely involved with the chairman (M. Barber) in making lot of decisions about this course. I am sending few reference letters written by students & my previous employers to substantiate the matter. I think, when I was terminated (May '15) → they hired a "White" person which shows that they did not like me for my race (or national origin, accent, age etc). Once I was having lunch (faculty lunch) & the president of the school

arrived & he had a seat next to me. Robert Hall didn't like that. I could feel that from his behavior. (It was kind-of embarrassing for me because the presid

## E. REQUEST FOR RELIEF

I request the following relief:

me (I know I was lowest of the lowest) but it was kind of awkward situation]

David Bosco (union person & employee of that school) talked with school officials & gave me very little money. They should have given me at least 5 semester- salary to settle this matter. I think there was conflict of

## F. JURY DEMAND

interest here.

Do you wish to have a jury trial? Yes / No

I will prefer to have a jury but the judge can make the decision. (I will accept judge's decision)

_____  _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____  PRADEEP B GUPTE
Printed Name              Printed Name

_____

_____

( )                      (203) - 768 - 3764
Attorney's full address and telephone   Plaintiff's full address and telephone

31 Sharon Rd, #9, waterbury
_____  CT 06705
Email address if available   Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Waterbury, CT on 10/30/16
           (location)              (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5